IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **DC PINTRACKER, LLC,**<br>*Plaintiff,*<br>v.<br>**HOLLAND HAYES,**<br>*Defendant.* | Case No.: 5:26-cv-02090<br><br>Judge John R. Adams |

**DEFENDANT HOLLAND HAYES'S MOTION FOR EXTENSION OF TIME**

Defendant Holland Hayes respectfully moves for an order granting an additional 30 days leave to plead or otherwise respond to Plaintiff's complaint. Mr. Hayes has recently hired counsel to represent him, and a brief extension will allow the parties time to evaluate the possibility of settlement and, if necessary, to prepare a response addressing the merits of the action.

Mr. Hayes's current deadline to answer is October 27, 2026. Counsel for the parties have therefore stipulated to a 30-day extension—until November 27, 2026—to evaluate the case and discuss any possible settlement.

Respectfully submitted,

*/s/Brian D. Bardwell*

Brian D. Bardwell (0098423)
Speech Law, LLC
4403 Saint Clair Ave., Suite 400
Cleveland, OH 44103-1125
216-912-2195 Phone/Fax
brian.bardwell@speech.law
*Attorney for Defendant Holland Hayes*

## CERTIFICATE OF SERVICE

I certify that on October 26, 2026, this document was served on opposing counsel as provided by Fed. R. Civ. P. 5(b)(2)(E).

*/s/Brian D. Bardwell*
Brian D. Bardwell (0098423)
*Attorney for Defendant Holland Hayes*